**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Nov 18, 2020
OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
Texarkana **DIVISION**

Randall Morris
**(Enter above the full name of the Plaintiff in this action.)**

**Prisoner ID No.** 15141-010
**(Do Not Put Your Social Security Number)**

**V.** **CASE NO.** 20-4101

Steven King
Jeffie Walker
Golden Adams, Kevin McCain, Sgt John Doe
**(Enter above the full name of the Defendant, or Defendants, in this action.)**

**I. Previous Lawsuits**

**A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

**Yes** ______ **No** X

**B. If your answer to A is yes, describe each lawsuit in the space below including the exact Plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

**1. Parties to this lawsuit**

**Plaintiffs:** N/A

**Defendants:** N/A

**2. Court (if federal court, name the district; if state, name the county):**
N/A

**3. Docket number:** N/A

**4. Name of judge to whom case was assigned:** N/A

**5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** N/A

**6. Approximate date of filing lawsuit:** N/A

**7. Approximate date of disposition:** N/A

**(Revised12/2016)**

**II.** **Place of Present Confinement:** Miller County Detention Center, 2300 East St., Texarkana AR 71854

**III.** **There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. Failure to complete the grievance procedure may affect your case in federal court.**

**A.** **Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?**

**Yes** X **No** ______

**B.** **If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT. If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.** Attached

**C.** **If your answer is NO, explain why not:** N/A

**IV.** **Parties**

**(In item A below, place your name in the first blank and place your present address in the second blank.)**

**A.** **Your Full Name:** Randall Allen Morris

**Address:** Miller County Detention Center, 2300 East St., Texarkana AR 71854

**(In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)**

**Do Not List Witnesses.**

**You may not name the jail as a Defendant. The jail is a building and cannot be sued.**

**B. Read carefully and fill out all information sought.**

**1. Defendant #1.**

**Full Name:** Steven King, RN

**Position:** Head Nurse - Southern Health Partners, Inc.

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East St, Texarkana AR 71854

**2. Defendant #2.**

**Full Name:** Jeffie Walker

**Position:** Warden

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East St.
Texarkana, AR 71854

**3. Defendant #3.**

**Full Name:** Golden Adams

**Position:** Captain

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East St.
Texarkana, AR 71854

**4. Defendant #4.**

**Full Name:** Kevin McCain

**Position:** Doctor

**Place of Employment:** Miller County Detention Center

**Address:** 2300 East St.
Texarkana, AR 71854

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

**V. At the time of the alleged incident(s), were you:**
**(check the appropriate blank)**

____ **in jail and still awaiting trial on pending criminal charges**
____ **serving a sentence as a result of a judgment of conviction**
_X_ **in jail for other reasons (*e.g.*, alleged probation violation, etc.)**

**Explain:** Awaiting federal sentencing

**Please provide the date of your conviction or probation or parole revocation:**
February, 2019

#5. Defendant #5
Full Name: John Doe
Position: Shift Sgt.



Place of Employment: Miller County Detention Center
2300 East St.
Texarkana, AR 71854

## VI. Statement of Claim

**State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the facts of your claim.**

**With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)**

**Claim Number # 1:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):** False allegation / malicious Prosecution with intent to cause harm

**Date of the Occurrence:** 10/15/20 until 10/21/20

**Name of Each Defendant involved:** [redacted] Head Nurse Steven King, warden Jeffie Walker, Capt. Golden Adams

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.** Nurse Steven King falsely accused me of "disrespect". Detailed narrative and grievances enclosed.
MCDC and Southern Health Partners, Inc., have a policy or custom of permitting the nurses to dually act as disciplinarians. The policy/custom is that when a nurse orders a disciplinary on an inmate MCDC immediately punishes the inmate without review for merit. An inmate can, as in my case, prevail at the disciplinary "hearing" 6 days later but that does not undo the harms incurred in those 6 days while awaiting the "hearing" in disciplinary lockdown

**With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

__X__ **both official and personal capacity**

Due to this false allegation I was removed from "protective custody" and put on disciplinary lock down in a pod that houses covid-19 inmates (as MCDC is so full that it cannot quarantine), stripped of all priviledges and put into a cell with a violent inmate who was on lock down for a violent disciplinary. I did prevail at the disciplinary hearing 6 days later.

**<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

MCDC and Southern Health Partners, Inc., have a policy or custom of permitting the nurses to dually act as disciplinarians and this being abused. MCDC immediately punishes inmates and days later schedules "hearings" to determine facts and truth after punishment and harm has been done.

**<u>Claim Number # 2</u>:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Retaliation against my grievances

**Date of the Occurrence:** 10/15/20 until 10/21/20

**Name of Each Defendant involved:** Head Nurse Steven King

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

Detailed narrative enclosed. Made a false allegation to punish me. Denied medical care. Blocked my access to mental health. Stripped me of my medical documentation to support my disability. Attempted to deprive me of secure footwear to accomodate my disability, Intentionally subjected me to covid-19 threat and violent inmates. Verbally assaulted me during doctor appointment.

During this verbal assault Nurse King stated, "Now you can go and write that up" referring to my previous grievances against him.

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

X **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

As head of the infirmary Nurse King regularly practices a policy or custom of punishing inmates with disciplinaries for "disrespect" without question or oversight resulting in abuse.

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

Malicious Denial of medical care as a retaliatory and Punitive measure

**Date of the Occurrence:** 10/15/20

**Name of Each Defendant involved:** Head Nurse Steven King

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

Detailed narrative enclosed. After verbally assaulting me during a doctor appointment, Nurse King refused to check my blood pressure, blood sugar and weight as requested in medical Request # 7,382,963 dated 10/14/20. He also stripped me of my VA medical documentation of my disability stating that it is "not allowed" for me to bring that documentation into the infirmary for a doctor appointment.

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

X both official and personal capacity

**<u>If you are asserting an official capacity claim</u>, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

As head of the infirmary Nurse King regularly practices a custom or policy of deprivation and punishment according to his whims without question or oversight resulting in abuse.

**If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.**

**VII. Relief**

**If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:**

X **Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)**

X **Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)**

X Emotional damages under Americans w/Disabilities Act + Rehabilitation Act

**State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.**

All court costs to include filing fees, postage, court photocopies, jury fees, witness fees, process server fees, expert witness fees, attorney fees and any other costs incurred to execute this civil action.

→ I am also asking for prejudgment interest on monetary awards.

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

**Executed this** 10th **day of** November **20**20.

Randall Morris
**Printed Name of Plaintiff**

[signature]
**Signature of Plaintiff**

Claim #4: Malicious Hinderance to mental Health care as a Retaliatory and punitive measure.

Date of occurrence: 9/22/20 through 10/31/20

Name of each Defendant: Head Nurse Steven King

Acts and Ommissions: My access to mental health care was intentionally and maliciously hindered/blocked through a frivolous requirement that is not imposed on other inmates or by the other nurses. Detailed narrative enclosed.

X Both Official and Personal capacity

Custom or Policy: Nurse King states that the frivolous information that my mental health requests lack (and that is not required from other inmates) is a "requirement" to gain access to health care and he uses this to bump me from the weekly mental care provider by closing my medical mental health requests with that reason in his written responses to my kiosk requests.

---

Claim #5: Deliberate, Malicious and Reckless Indifference to an Imminent Threat and Future Harm

Date of occurrence: 10/15/20 until 10/21/20

Name of each Defendant: Head Nurse Steven King, warden Jeffie Walker, Captain Golden Adams, 1st shift Sgt. John Doe

Acts and Ommissions: Detailed narrative enclosed. Nurse King intentionally had me taken from "protective custody" to disciplinary/lock down and knowingly exposed me to Covid-19 infected and violent inmates. MCDC did not screen for merit.

X Both official and Personal Capacity

Custom or Policy: MCDC and Southern Health Partners, Inc., permit nurses to directly pursue disciplinary/punitive actions against inmates with no oversight or screening for merit. A quick look at the infirmary surveillance video on 10/15 would have shown Nurse King's allegation to be false. However, the 1st shift Sgt and the MCDC policy allowed punishment to begin immediately without question or screening. I prevailed at the disciplinary hearing on 10/21. The U.S marshal's office also inquired as to my status on 10/21 — 8 — due to my federal defender alerting them to this punishment.

Claim #6: Malicious Violations of Americans with Disabilities Act

Date of occurrence: 10/15/20

Name of each Defendant: Head Nurse Steven King, Warden Jeffrie Walker, Capt. Golden Adams

Acts and ommissions: Detailed narrative enclosed.

MCDC and Southern Health Partners, Inc. were informed on 1/10/20 that I am disabled and covered by the VA health care system yet they failed to order my VA medical file. Nurse King was also informed by Warden Walker of my letter to her dated 10/12/20 (copy enclosed) that I am disabled and that I have VA medical documents with me that confirm my disability. Nurse King was also informed on 10/9/20 in medical Request #7,354,024 of my disability and that I have supporting VA documents with me to support my request for secure footwear to accommodate my disability for exercise. On 10/15/20 and with the above information Nurse King intentionally and maliciously stripped me of my VA disability confirmation letter before my appointment with the doctor and then maliciously attempted to prevent my efforts to convince the doctor that I am disabled and in need of secure footwear in order to walk. This was done in retaliation against my grievances about him and constitutes discrimination as well as deliberate denial of mental and medical services.

X Both official and Personal capacity

Custom or Policy: Nurse King stated that bringing documents to the infirmary for a doctor appointment is "not allowed". Southern Health Partners, Inc. does not order medical histories despite being informed of disabilities and special health problems. Nurse King practices a custom of inserting himself between the doctor and the inmate and then dominates the consultation. In this case Nurse King maliciously exclaimed, "He doesn't need shoes! Everybody wants shoes!" after I informed the doctor of my disability and my need without the benefit of my VA medical file and after having been intentionally stripped of my supporting VA documents by Nurse King.

[The Eleventh Circuit has held that emotional distress damages are available for intentional violations of the ADA and RA.]

Claim #7: Malicious Violations of the Rehabilitation Act

Date of occurrence: 10/15/20

Name of Defendant: Head Nurse Steven King, warden Jeffie walker, Capt Golden Adams

Acts and ommissions: Same as in Claim #6 - malicious violation of ADA. Detailed narrative enclosed.

X Both official and Personal capacity

Custom or Policy: Same as in Claim #6 - Malicious violation of ADA.

[ The Eleventh circuit has held that emotional distress damages are available for intentional violations of ADA and RA. ]

---

Claim #8: Failure to Intervene and Protect

Date of occurrence: 10/15/20 through 10/21/20

Name of each Defendant: warden Jeffie walker, Capt. Golden Adams, 1st shift Sgt John Doe and Dr. Kevin McCain.

Acts and ommissions: Detailed narrative enclosed. Dr. McCain witnessed Nurse king abuse, falsely accuse me of "disrespect" and order disciplinary punishment on me but did nothing to prevent me from being wrongfully punished and exposed to harm (covid 19 and violent inmates in disciplinary lock down). 1st shift Sgt. John Doe failed to review the infirmary video to validate Nurse king's allegation before authorizing my being moved from "protective custody" to disciplinary lock down in a covid19 pod with violent inmates on 10/16 through 10/21.

X Both official and Personal capacity

Custom or Policy: warden walker and Capt. Adams allow this policy of "punish first and ask questions later." which allows the 3rd party health provider to act as a disciplinarian without oversight. Despite my timely grievances Capt. Adams allowed me to remain on disciplinary lock down in Max A pod (a covid 19 pod housing violent inmates) until I was able to successfully challenge and win my case at the 10/21/20 disciplinary hearing. However the harm was already done and this happens to all inmates who are accused of violations!

Claim #9: Future Harm

Date of occurrence: 3/1/20 until present (It is ongoing)

Name of Defendant: warden Jeffie walker, Capt. Golden Adams and Head Nurse Steven King

Acts and ommissions: Detailed narrative enclosed. Despite my countless grievances and my highly detailed letter to warden Walker dated 9/9/20 we have been continously exposed to the threat of imminent danger for the past 8 months due to MCDC's failures to test for Covid-19, failures to re-test, failures to isolate/quarantine, deliberate and reckless disregard for PPE during a pandemic, deliberate and reckless failures to provide adequate sanitation/disinfectants during a pandemic, failures to consistently take inmate temperatures and to provide face masks, failure to report 3 MCDC staff who had tested positive for Covid-19 in early June, 2020, failure to subsequently test the MCDC inmate general population until 7/1/20, failure to reduce the MCDC inmate population to allow space for Covid-19 quarantine and failure to repair the inoperable inmate emergency "panic" buttons within Max A and Max E 23/1 lockdown cells (they have all been inoperable since 2014). (See C.A. 4:13-cv-04126 W.D. Ark 2014)

X Both official and Personal capacity

Custom or Policy: The countless grievances that I have filed over several months, the 9/9/20 letter that I sent to warden walker and the fact that none of the above acts and ommissions has been corrected establishes a custom of deliberate and reckless indifference.

Claim #10: Deliberate Deprivation of outside "yard time" exercise

Date of occurrence: 1/10/20 until 10/21/20 (9.5 months)

Name of each Defendant: Warden Jeffie Walker, Capt. Golden Adams

Acts and omissions: Detailed narrative enclosed. I had not been allowed outside in 9.5 months. Only when my federal defender alerted the U.S. Marshal's office in Ft. Smith of this deprivation did this deprivation abruptly end on 10/21/20.

X Both Official and Personal Capacity

Custom or Policy: It has been a MCDC policy or custom that inmates in "protective custody" 23/1 lock down cells/pods do not get the opportunity to go outside for "yard time" exercise and sunlight as inmates in general population do. There are currently other "pc" MCDC inmates who have been deprived just as I had been. My cellmate Aaron Dutchell was deprived from 1/27/20 until 10/18/20. The MCDC guards had stated repeatedly that inmates on "protective custody" do not get "yard time" whenever I had inquired.

→ I had noted my disabilities on all MCDC intake forms on 1/10/20.
→ I had noted my disabilities on Request #5,952,120 dated 1/13/20.
→ I had filed a grievance ref #7,096,466 dated 8/28/20 and grievance ref #7,153,266 dated 9/7/20 complaining of my health deterioration due to lack of yard time.
→ I sent a letter dated 9/9/20 to Warden Walker (copy enclosed) complaining of the deprivation of yard time (item #13 on that letter).
→ I sent medical request #s 7,354,024 (10/9/20) and #7,308,209 (10/2/20)
→ I sent another letter to Warden Walker on 10/12/20 (copy enclosed) complaining of yard time/exercise deprivation and lack of secure shoes for my disability. Warden Walker confirmed receipt of that letter during my discussion with her in "R/D" on 10/19/20 which I have enclosed the transcript of that discussion.

(Left margin, with arrow to the 9/9/20 letter:) Warden Walker received this letter on 9/10/20 and had me brought to her office because of it. Sgt. Poole was a witness as per his confirmation response to kiosk request ref #7,190,034

Claim #11: Deliberate Indifference to Disabilities
Violation of Americans with Disabilities Act

Date of occurrence: 1/10/20 through 10/21/20

Name of each Defendant: warden Jeffie Walker and Capt. Golden Adams

Acts and ommissions: Detailed narrative enclosed. Extended deprivation of outdoor recreation/exercise/yard time. Failure to provide reasonable accommodation, failure to make reasonable modifications in policy, failure to provide auxiliary aids. I had been in 23 hour per day lock down for 9.5 months without access to outdoor recreation/exercise.

→ I wrote my disabilities on both the admin and medical intake forms on 1/10/20.

→ I noted my disabilities on kiosk Request #5,952,120 dated 1/13/20 wherein I requested "protective custody" due to my disabilities which I clearly wrote out.

→ I was moved to "pc" 23/1 lockdown on 1/13/20 and was subsequently told that I could not have outdoor recreation because I was on "pc".

→ Due to deteriorating health due to lack of exercise and the lack of secure footwear to accommodate my disability I filed grievance ref #s 7,096,466 dated 8/28/20 and 7,153,206 dated 9/7/20.

→ I sent a letter dated 9/9/20 to warden walker (copy enclosed) complaining about the deprivation of yard time. I have proof that she rec'vd that letter.

→ I sent medical requests #s 7,308,204 (10/2/20) and 7,354,024 (10/9/20) complaining about health, lack of exercise/yard time and need for secure footwear.

→ I sent another letter to warden walker on 10/12/20 (copy enclosed).

(*) Nothing was done until the U.S. Marshal's office got involved on 10/21/20.

X Both official and Personal Capacity

Custom or Policy: Inmates on "pc" do not get "yard time" like inmates in general population. MCDC does not note inmate disabilities upon intake and does not take any notice or action when an inmate goes out of his way to inform them of disabilities. MCDC and Southern Health Partners, Inc. do not order inmate medical files after being told that disabilities exist and despite that, in my case, the medical file is easy to obtain from the Veterans Admin. Instead, their custom/policy is to turn the cheek when they are informed even after being informed directly multiple times and through multiple methods.

[ The Eleventh Circuit has held that emotional distress damages are available for intentional violations of the ADA and RA. ]

Claim #12: Deliberate Indifference to Disabilities
violation of the Rehabilitation Act

Date of occurrence: 1/10/20 through 10/21/20

Name of each Defendant: Warden Jeffie Walker and Capt. Golden Adams

Acts and Ommissions: They are exactly as described on Claim #11 violation of Americans with Disabilities Act.

X Both Official and Personal Capacity

Custom or Policy: It is exactly as described on Claim #11 violation of Americans with Disabilities Act.

[The Eleventh circuit has held that emotional distress damages are available for intentional violations of the ADA and RA.]

**PLEASE COMPLETE THE FOLLOWING INFORMATION AND RETURN IT TO THE UNITED STATES DISTRICT CLERK'S OFFICE.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

The Clerks's Office has provided me with a copy of the **Notice of Electronic Availability of Case Information**. (See Federal Rules of Civil Procedure § 5.2.)

Randall Morris
Printed Name

[signature]
Signed Name

11/9/20
Date

Case Number (If Known)

# CERTIFICATE OF INMATE ACCOUNT AND ASSETS

(To be Completed by the Institution of Incarceration)

I certify that the applicant, Randall Morris, has the sum of $ .53 in his/her prisoner account at the institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution: Miller County Detention Center 2300 East St., Texarkana AR 71854.

I further certify that in the applicant's prisoner account: (a) The average monthly deposit was $216.67; and (b) The average balance for the last six months was $ 18.84. Based on the above prisoner account information, I calculate that 20 percent of the greater of (a) or (b) above is $ 43.33.

Signed this 30th day of October, 2020.

Jeffie Walker, Warden
Authorized Officer of Institution

Miller Co. Det. Ctr.
Name of Institution

A note to the court: 11/11/20

The basis and facts of my enclosed claims are presented through a series of narratives, copies of letters to counsel, copies of letters to a warden, grievances and requests. Therefore, some information will be redundant but it will be very consistant and I have tried to make it as easy as possible to follow and understand. I do apologize for the redundancy.

Before you begin it is important to first know that the Miller County Detention Center has continuously sought to fill the capacity of this jail to the maximum for economic reasons for the last 9 months during 3 waves of an infectious pandemic and at the risk of inmate health.

In fact, I was transferred to MCDC on 1/10/20 because of a low bid by MCDC to the US Marshal's office to house federal inmates and MCDC has continued to receive federal and other inmates throughout this pandemic and despite the fact that MCDC is frequently so full that it cannot quarintine Covid-19 infected inmates due to lack of space. Although MCDC could have begun to decrease the MCDC inmate population through attrition and other means back in March, 2020, it has deliberately chosen not to do so in order to generate and sustain projected revenues for Miller County.

It is also a confirmable fact that MCDC has only tested the MCDC inmate general population one time on 7/1/20 with a result of 80 inmates (out of 320) and 5 staff confirmed infected and this test was only administered after 3 MCDC staff had tested positive 2 weeks prior to 7/1 and were not reported to the Arkansas Dept. of Health and it did not make the local news. MCDC has not administered any further Covid-19 testing of the MCDC general population due to lack of space to quarintine and costs of Covid testing.

As of the date of this writing MCDC is still at maximum inmate capacity, MCDC cannot quarintine, we are in a 3rd wave of Covid-19 infections and we are at the beginning of influenza and pneumonia season.

I am asking that you keep this in mind as a backdrop as you read through my complaint presentation and to remember that I have plenty of witnesses and I will attest and swear to everything within this presentation under the risk of perjury.

Sincerely,

Randall Morris

FROM: Randall Morris
Miller County Detention Center
2300 East St.
Texarkana, AR 71854

10/19/20

Copy Sent to the ACLU
USPS 10/22

Dear Ms. Sklar, (ACLU Little Rock)

Enclosed is a very serious new complaint that I believe rises to the level of a stand alone ~~claim~~ civil action. The enclosed complaint includes the following:

1.) A malicious deprivation of medical attention by a nurse
2.) A retaliatory and false allegation against me by this nurse in order to punish me and subject me to harm due to some of my recent grievances that I had filed against him because of his deliberate disregard for PPE around me
3.) A deliberate attempt by this nurse to sabotage my effort to obtain secure footwear which would accommodate my disability and allow me to exercise
4.) A verbal assault on me by this nurse on camera and in front of a guard and a doctor
5.) A written and a verbal (on camera) fixation on my criminal charges by this nurse
6.) My subsequent removal from "pc" (where I have been since 1/10/20) to disciplinary lockdown in a pod that is being used to currently house Covid-19 infected inmates despite the fact that there was an open single man cell available in the pod that I was in (E Pod). It was not neccessary nor advisable to move me to an infectious pod (A pod). I am also now in a cell with a violent inmate who is also on disciplinary lockdown and I have lost all of my priviledges.

All of the above happened within 24 hours and I am in danger.

Please add this to my file.

Sincerely,

[signature]

Randall Morris

10/17/20

Summary of My Medical Appointment on 10/15/20
And My Transfer To Disciplinary Lockdown on 10/16

I have never received a disciplinary or disrespected anyone in the 33 months that I have been incarcerated and the last 10 months of which have been at MCDC. The false accusation by Nurse Steven King detailed below has the potential to tarnish my earned good standing when it comes time for me to be sentenced by Federal Judge Susan Hickey and the punishment that I am currently experiencing as a result of Nurse King's false allegation is exposing me to serious physical and mental harm [redacted].
Therefore, I will robustly challenge this false allegation, the actions and motives for the actions of Nurse King as well as the punishment that I am currently and undeservedly experiencing as a result of that false allegation.
Everything stated below is confirmable by MCDC video/audio surveillance within the MCDC infirmary and Max A Pod as well as witnesses, i.e., the named guards and the doctor. Written records like my MCDC medical file as well as specific kiosk grievances and medical requests to include some written responses to those grievances and requests will be cited in support of my counterallegation of wrong doing and in support of my innocence.
If I am allowed I will read this statement to Capt. Adams during the upcoming disciplinary hearing and I will offer him a copy of it. If this is not permitted I will mail a copy of this statement to Warden Jeffie Walker per USPS as I have been placed into greater imminent danger and need immediate relief.

On 10/15 @ approx. 12:45 pm I was taken from my cell for an appointment in the infirmary with Dr. Kevin McCain regarding the medical issues listed on the written medical summary that I have affixed to this statement. As my medical issues are numerous, I had intended to read them off to the doctor so that I wouldn't forget anything and then ask the doctor to place that summary into my MCDC medical file. I also brought along a VA letter of disability for this medical appointment which is quite a normal, reasonable and efficient thing to do with a doctor.

However, once I entered the infirmary Head Nurse King of Southern Health Partners, Inc., told me that I could not bring the papers to my medical appointment and he then ordered me to return my medical papers to my cell before I would be allowed to see the doctor.

After returning to the infirmary @ around 2:00 pm and without my written medical summary or my VA disability confirmation letter, I was seated next to a desk facing a <u>Dr. McCain</u> while Nurse King sat to my extreme left and out of my direct view about 6 feet away. This was the first time that I had ever been to medical or to see a doctor at MCDC. Dr. McCain opened my MCDC medical file and I saw that the written <u>mental</u> health summary that I had provided to the <u>mental</u> health Nurse Maria McKnight on 10/3 had been placed into my medical file without a problem but that had been on a Saturday when Nurse King was not working. I then asked Dr. McCain if my VA medical history had been ordered and placed into my MCDC file and after checking he replied that it had not.

As I had written some of my medical ailments onto the palm of my hand after my having been forced to return my written health summary to my cell, I began to discuss those health issues with Dr. McCain starting with my back and neck problems and the peripheral neuropathy that hinders my ability to exercise while wearing unsecure jail sandals.

As I discussed those issues with Dr. McCain, Nurse King began to interrupt and interject his own opinions over the doctor's regarding my stated lack of meaningful exercise options within "protective custody" and then questioning <u>the reasons</u> for my request to be housed in "pc".

I tried to keep my discussion exclusively with the doctor but Nurse King began to dismiss and minimize my stated lack of exercise options and then proceeded to <u>very publicly</u> conclude that I had requested "pc" because of my "<u>charges</u>".

At that time I turned to Nurse King and informed him that I am on "pc" because of my PTSD, misophonia and because I do not do well with general population. He then asked me what "misophonia" is and stated that it is not true that I cannot exercise in E Pod suggesting that I could do "elevated arm twirls" and "squats". Again, I told him that my disability, as documented in the VA medical file <u>that they did not send for</u> and that is documented in the VA letter <u>that he had forbade me to bring to this appointment</u>, prevents me from doing those exercises and that those exercises would not generate the cardio that I need from brisk walking.

→ (see attached Request <u>#5,952,120</u> dated <u>1/13/20</u> on <u>page 9</u>.)

Nurse King then continued to downplay my disabilities and my claim to lack of exercise options to the point that I finally asked Dr. McCain, "why am I having to discuss these issues with Nurse King" and not with the doctor?

→ At that, Nurse King abruptly stood up, began to pace and angrily stated, "who do you think that you are?", "you are not in the free world", "you are a convict", "you think that you are smarter than you are", and "now you can go and write that up". (Referring to my previous grievances against him and the other nurses documenting their daily disregard for PPE around me)

He then sat down and insisted that I have the choice of requesting to be moved to an open pod in order to have more exercise options then he followed that statement with, "Right, Mr. Morris? Right? Right?"

I was unable to respond because I was stunned, intimidated, nervous and I had begun to hyperventilate due to this onslaught. I looked down at the floor and straight ahead as he badgered and dominated me and my doctor consultation in front of a guard and a doctor. (And on surveillance camera)

As I did not respond to Nurse King's questioning he abruptly instructed the guard to "write him up for disrespect".

Once Nurse King had finished this verbal assault I attempted to resume discussing my health problems with Dr. McCain. When the doctor asked me what I would propose be done about my hinderance to brisk exercise I proposed secure footwear to which Nurse King interjected, "He doesn't need shoes. Everybody wants shoes." Basically, Nurse King vindictively tried to sabotage a reasonable accommodation that would allow me to participate in exercise activity without any medical knowledge of my disability or medical history.

I rebutted by informing the doctor that there is no record of me ~~asking~~ previously asking for anything except exercise. Dr. McCain then rebuffed Nurse King by opining that T-6 paraplegia and peripheral neuropathy are mitigating conditions and then proceeded to write me a medical profile or pass for my regular lace up sports shoes for which I am deeply thankful and lucky considering Nurse King's malicious efforts to deprive. Nurse King was not happy about this.

Once the doctor was finished, Nurse King terminated the appointment and reiterated to C.O. Nixon that, "I want him written up on a disciplinary". Before I was escorted out of the infirmary I asked Nurse King if I could get the blood pressure, blood sugar and weight check that I had requested on the Kiosk sick call medical request #7,382,963 dated 10/14 (enclosed) and he replied, "No". The video/audio surveillance in the infirmary and my MCDC medical file will confirm that I was deprived of this medical.

!! → The frivilous deprivation of my written medical notes and VA disability letter, the verbal assault, the incessant badgering, the hinderance to consultation with the doctor, the attempt to sabotage my request for the accommodation of my disability with secure shoes and the retaliatory and malicious order to have me written up and punished based on a false and unsupported allegation of "disrespect" by Nurse King caused me to become intimidated and nervous to the extent that I was unable to recall and communicate all of my health issues to Dr. McCabe.

C.O. Crain and C.O. Nixon witnessed Nurse King deprive me of my medical notes and VA disability letter and they witnessed Nurse King continuously interrupt the doctor and impose his own biased, uninformed and less qualified medical opinions over the doctor's. C.O. Nixon also witnessed Nurse King deny me the blood pressure, blood sugar and weight check.

!!! → Because of the confirmable actions of Nurse King I now fear to seek medical attention or even a flu shot from MCDC and I fear to write any further grievances against Nurse King although I am forced to write this grievance because of the punishment that I am enduring.

As for Nurse King's motive for this malicious and retaliatory behavior I will point to the following grievances that I had filed against him:

7,307,979 10/2
7,308,040 10/2
7,308,105 10/2
* 7,308,289 10/2 ← (→ Nurse King refers to my charges in his written response to this grievance just as he did on the infirmary camera and in front of the guards and doctor on 10/15)
6,980,179 8/8
6,980,220 8/8
* 6,990,886 8/10
* 7,024,870 8/17
* 7,039,690 8/19

11 grievances total

* denotes grievances that received hostile, snarky and/or contemptuous responses from Nurse King

Nurse King used to be a guard at MCDC and a quick law library search showed that since 9/26/17 King has been listed as a defendant in 20 civil actions. In comparison, MCDC has been sued 108 times since 1/1/16 and PCDC (Pulaski) 76 times, SCDC (Saline) 49 times and GCDC (Garland) 18 times!

!!! → It is important to note at this point that Nurse King zealously pursued punishment against me while fully knowing the following confirmable facts and dangers that I would be exposed to as a result of that punishment:

1.) During the 10/15 appt with Dr. McCain, Nurse King was aware that the doctor had observed open/bleeding sores in both of my nostrils after I had complained that I had experienced these unhealing sores for the last 2 years. The Infirmary camera and MCDC medical file will show that Dr McCain prescribed me Muplrocin for it.

2.) On the Infirmary camera Nurse King can be heard talking to someone and telling them that A) MCDC is at capacity and cannot quarintine B) when MCDC cannot quarintine they pass out face masks and C) when MCDC is not at capacity they do not distribute masks.

3.) The Infirmary camera will show Nurse King tell C.O. Nixon, "I want him written up on disciplinary" and "you know that once you write Morris up he cannot stay in E pod and in the cell with Mitchell."

Mitchell was my cellmate in cell E16 in Max E pod since 3/1/20. Nurse King was pushing to have me moved knowing that I would probably be moved to Max A pod where most inmates are moved after being written up. By adding this emphasis on the "need" to move me Nurse King was ensuring that I would be moved to Max A pod. It is interesting that my cellmate Mitchell caught a disciplinary from King a few months ago and was not moved out of our cell Max E16.

On 10/16 and despite there being a single man cell available in E pod (E15) I was ordered to pack up and move to Max A pod (cell A04).

!! → On 10/17 @ 11:37 am an MCDC guard can be heard on the Max A pod audio surviellance telling an inmate that there are Covid-19 infected inmates in Max A pod because MCDC can't quarintine. Nurse King knew this as well!

Nurse King had me sent into a Covid-19 infectious environment knowing that I have elevated Covid-19 health risks (from my grievances) and open/bleeding sores in my nostrils.

On 10/17 @ 12:10 pm while I was talking to the mental health Nurse Maria McKnight about this incident with King, medical Nurse Lori Redfern interjected with her own displeasure concerning my grievances against the nurses regarding their disregard for gloves during this pandemic thus reinforcing retaliation as Nurse King's motive.

I am now asking MCDC to dismiss Nurse King's dishonest allegation and to further disallow this 3rd party health contractor to use MCDC to commit acts of malicious abuse!

Even if the allegation of "disrespect" (which is subjective and, as such, people cannot always be trusted to correctly interpret what is and what is not actual disrespect) were to have been true, the aforementioned abuses and knowingly exposing me to imminent danger extends dreadfully beyond the penological needs of order and security.

I respectfully ask that I be immediately moved back to cell ME16 and that all my privileges be returned to include commissary and yard time which I had been granted in writing in response to grievance #7,348,741, wherein, I had complained of being deprived of yard time since my arrival at MCDC on 1/10/20. In fact, I was supposed to have my first yard time on 10/17 but Nurse King's malicious actions took that away from me as well.

Sincerely,

[signature]

Randall Morris

My federal defense attorney, Matthew Hill, sent this to the U.S. Marshal's Office in Ft. Smith, AR, and confirms that the Marshal's Office inquired with MCDC on 10/21 and was told that I had defended against this disciplinary "in my favor."

PS - For the record - on 10/15 I asked Dr McClain to order my VA medical file so that I could be medically treated accordingly and so that my disabilities will be respected. He agreed to order the file.

On 10/17 @ 6:10am - C.O. Burns served meal trays without a face mask or gloves in A pod just as he has done many mornings as C.O. John Doe in my grievances against him. So this morning he served trays to A pod (a covid pod) and then proceeded to B, C, D + E pods in that order... spreading the love.

On 10/17 @ 10:30pm - Max A pod had their weekly pod and cell cleaning cart yet the cell that I am in (Cell A04) was skipped. I cannot catch a break in my struggles to avoid contracting covid-19 in this jail.

In order to comply with the PLRA requirement to exhaust, I have filed the following MCDC Kiosk grievances against MCDC + Nurse King:

7,403,703 10/17 7,403,920 10/17
7,403,805 10/17 7,411,802 10/18
7,403,858 10/17 7,411,846 10/18

Summary of my Health [illegible] Doctor [illegible]
Dr. Kevin McCain

1.) Back and neck problems due to titanium cages in my back, lack of exercise and the hard metal bunk and lack of pillow in this jail.
2.) Peripheral neuropathy (lack of feeling and weakness in legs and feet)
3.) Muscular-skeletal pain in back, hips, wrist, hands and while standing + sitting
4.) Joint pain - feels like arthiritis in shoulders, hands and left wrist
5.) Arms "go to sleep" causing sleep disturbance as I must frequently change positions when lying down.
6.) colon concerns due to intermittent pain in that region. (I have never had a colonoscopy)
7.) Sleep apnea (extremely loud snoring)
8.) open sores inside my nose that don't heal and excessive nasal drip
9.) Extreme weight gain due to inability to properly exercise/walk
10.) Recent onset of reoccurring headaches and shortness of breath

I am 54 years old and qualified disabled by the VA and the Social Security Admin due to hypertension and a spinal cord injury. The VA diagnosed me as a T-6 paraplegic (incomplete) in 2011 and as a pre-diabetic in 2013. The peripheral neuropathy causes impaired balance and problems while wearing the jail sandals because they cannot be secured or tied to my feet resulting in a trip hazard if I were to attempt meaningful exercise by walking briskly. without secure shoes I am unable to exercise. There are no other exercise options in this jail as there is no exercise equipment and my disability prevents me from performing push ups or sit ups. I have been incarcerated since 12/27/17 (34 months) and my physical and mental health are deteriorating.

I was originally in the Garland County Detention Center and they had quickly obtained my VA medical file. I was then transferred to the Miller County Detention Center on 1/10/20. I would hope that my VA medical file transferred with me or that MCDC has already sent for it.

I am also requesting to have my blood pressure, blood sugar and weight checked and recorded in my MCDC medical file.

I was prevented from taking this to my appointment with Dr. Kevin McCain by Head Nurse King on 10/15/20
I was also deprived of bringing my VA letter confirmation of disability.

[signature]

Randall Morris Cell E16

Request Ref #5,952,120 (1/13/20) To: 1st shift Sgt ← *

"I asked for "pc" upon intake and was put in A pod on a top bunk. I had written that I am a disabled vet, suffer from PTSD + misophonia on the intake forms. I also told the nurse of my afflictions on 1/10/20. I cannot be around a lot of people, I cannot be around loud noises and I cannot climb onto top bunks because of the titanium cages that replaced 2 of my vertebrae. I am desperately asking for PC and a bottom bunk."

Nurse Steven King's response to medical Request #7,308,289 (10/2/20) wherein I described the lack of exercise options in E pod "pc".

!→ "you're in protective custody at your request due to your charges..." *

Medical Request Ref #7,318,634 (10/4/20)

"Regarding your response to #7,308,289 my request to be put on protective custody had nothing to do with any charges. It was necessary because of my PTSD and misophonia which I had noted on all intake forms on 1/10/20."

!→ On 10/15 Nurse King again asserts very publicly in front of a guard and the doctor during my medical appointment with Dr. McCain that I am in "pc" because of my "charges".

This fixation on my charge along with my grievances regarding his disregard for PPE while around me is the motive for the retaliation that I experienced from Nurse King.

The point that I was able to win the right to wear secure shoes despite Nurse King's attempt to deprive further enhances this conclusion.

And, when all else fails... go to the record. Since Sept. 2017, Nurse King has been sued 20 times as a MCDC nurse and that is 2 more times than the Garland County Detention Center has been sued since 1/1/16. ~~I~~ In contrast, I have had ∅ disciplinary write ups since I was arrested on 12/27/17.

There might just be a problem with Nurse King.

Medical Request #7,359,024 (10/9/20) ⟶ ✱

"I am not able to properly exercise wearing the jail issue footwear because they are not tied/secured to my feet and I am diagnosed as a T-6 paraplegic (incomplete) by the VA and suffer from peripheral neuropathy in both feet. As such, I cannot feel the bottoms of my feet and my jail footwear pose as trip hazards if I try to walk fast in order

!!! → to exercise. If you do not have my VA health file I do have supporting ← !!! VA documents with me. What can be done? There are no other exercise options in E Pod."

Response by S. King, RN 10/12/20

"Please submit a sickcall stating exactly what you need medical treatment for in the infirmary. You cannot just request shoes."

---

Medical Request #7,382,963 (10/14/20) ⟶ ✱

"Requesting sickcall for back + neck problems, peripheral neuropathy, muscular-skeletal pain, tendon/ligament tightening + joint pain. I also

!!! → need to have my weight, blood sugar and blood pressure checked." ← !!!

Response by S. King, RN 10/14/20

"You've been placed on the list to see the doctor."

---

The 2 medical requests above establish that 1) I am disabled, 2) I have VA medical documentation 3) I had a need to have blood pressure, sugar and weight checked and 4) Nurse King was informed of all of this. With this knowledge Nurse King chose to deprive me of my VA documents and stated, "He doesn't need shoes. Everybody wants shoes" in an attempt to influence Dr. McCain to deny me secure shoes. Then King refused to take my blood pressure, sugar and weight before having me written up and locked down as retaliation.

However, I was promptly charged $10 from my account by Nurse King for this experience.

A noteworthy civil action against Nurse Steven King

Lowery v. Walker 4:18-cv-04108 9/30/19 (W.D. Ark 2019)

Plaintiff describes Nurse King as "taunting", "intimidating" and "condescending". Plaintiff also states that Nurse King "harassed" him and "laughed" at being sued by Plaintiff.

The court wrote that Nurse King's behavior was "unprofessional".

(From disciplinary lockdown in MAX A Pod) 10/20/20

Capt. Adams:

I am respectfully requesting to be moved back to cell ME16 for the following reasons:

1.) I had been in cell ME16 since April with inmate Mitchell and was quite used to him.

2.) Mitchell and I have the same federal defender.

3.) It is warm and humid in Max A and it is causing my written and printed correspondance to become wet, the ink on my papers to begin to fade (drastically) and it is causing my mailing envelopes to seal shut thus ruining them before I can use them. My clothes are perpetually damp from sweat and the humidity.

4.) The light in ME16 is bright enough for me to read and write without problem. The light in my current cell in Max A pod is dim causing me problems especially when reading.

5.) I feel safer from Covid-19 in E Pod due to it's smaller size and the fact that it has less inmates and less inmate turnover thus limiting my exposure to the virus since MCDC is at capacity and cannot quarantine. Max E pod has a maximum capacity of 12 inmates (including myself) vs. Max A pod with a max capacity of 30 inmates and much higher turnover and covid infected inmates.

6.) you have put me into a cell (max A04) with a violent inmate despite the fact that I have been in protective custody since 1/13/20.

7.) Max A pod is currently housing covid-19 infected inmates and I have documented elevated health risks to covid-19 as my grievances to MCDC and Nurse King since 8/1/20 have continuously stated.

Grievance Ref # 7,403,703 10/17/20

"Capt. Adams - On 10/15 Nurse King deprived me of my written medical notes and a VA medical letter, verbally assaulted and incessantly badgered/interrupted my consultation with Dr. McCain, continuously interrupted and exerted his own opinion over the doctor's opinion, attempted to sabotage my request to the doctor for secure footwear, denied me medical blood pressure, sugar and weight check and wrongfully used MCDC to execute a wrongful disciplinary upon me resulting in my loss of yard time today."

---

Grievance Ref # 7,403,805 10/17/20

"Capt. Adams - Further to #7,403,703 the motive for Nurse King's retaliatory behavior on 10/15 can be partly traced to his snarky, hostile and contemptuous responses to #7,308,289, 6,990,886, 7,024,870, and 7,039,690 and his frightening fixation of my charges as vocalized on the 10/15 infirmary video and his written response to #7,308,289 (see also #5,952,120 for my original request for ps). I had also asked for a blood pressure/sugar and weight check in #7,382,963. King denied me that on 10/15 video and nothing recorded in medical file."

---

Grievance Ref # 7,403,858 10/17/20

"Capt. Adams - Further to #7,403,703 + 7,403,805, on 10/16 I was removed from PC + placed in disciplinary lockdown with violent offenders. I have no disciplinary history + the infirmary video will show that I did not violate any rules. I have now been deprived of the 10/17 yard time that you had granted me because I had not had yard time in 10 months. I am asking MCDC to dismiss King's dishonest accusation + refuse to participate in the retaliation practiced by your 3rd party health provider."

Grievance Ref # 7,403,[illegible] 10/[illegible]/20

"Capt Adams - Further to #7,403,703, 7,403,805 + 7,403,858, besides the obvious First + Eighth Amendment and possible Title II Americans with Disabilities Act implications, I fear that if this false accusation is allowed to proceed my earned good standing before my federal judge of 33 continuous months of incarceration without disciplinary problems will be tarnished with a possible negative effect on the sentence that she will hand down."

Grievance Ref # 7,411,802 10/18/20

"Capt Adams - Further to #7,403,703, 7,403,805, 7,403,858 + 7,403,920 King can be heard on the infirmary audio on 10/15 stating that MCDC is at capacity and can no longer quarantine. King also told C.O. Nixon that after he writes me up that "Morris can't stay in Max E16 with Mitchell" meaning that I have to be moved and he knew where that would lead - MAX A Pod - where a C.O. stated on Max A Pod camera on 10/17 that covid inmates are in A pod. MCDC + King knew that I have elevated covid risks."

Grievance Ref # 7,411,846 10/18/20

"Capt. Adams - It is curious that Aaron Mitchell, my cellmate since 3/1/20 in Max E16, caught a disciplinary from King but Mitchell was not removed from E16. He just served out his 2 wks in E16. King made sure to vocalize to C.O. Nixon on 10/15 in the infirmary that "After you write Morris up he can't stay in E16 with Mitchell". King knew I would be moved to MAX A where the Covid is. MCDC did not screen the video to see if Nurse King's claim of "disrespect" had merit otherwise I would still be in E16."

Additional failure to protect. MCDC has continued to accept inmates from other jails to include federal inmates. As this has resulted in MCDC being at capacity during a serious pandemic, MCDC cannot quarantine by their own admission and actions. Failure to protect + deliberate and reckless disregard to a known imminent threat/danger of future harm.

10/12/20

Copy sent per USPS to warden walker on 10/12/20

FROM: Randall Morris
Miller County Detention Center
2300 East St
Texarkana, AR 71854

Warden Jeffrie walker:

I am in cell E16 (max E) in "pc" by request due to my age, PTSD and misophonia. I am also diagnosed as a T-6 paraplegic (incomplete) by the VA and suffer from peripheral neuropathy in both feet as a result. As such, I cannot feel the bottoms of my feet which causes the jail issued sandals to become trip hazards if I were to attempt to walk briskly as they are not tied/secured to my feet. I might also add that to walk briskly within E pod's small 35'x16' dayroom would be difficult even in tennis shoes given the small size and the 3 mounted stainless steel tables blocking the way.

I also sent a medical request #7,354,024 dated 10/8/20 describing my medical problem, offering supporting VA health records in case they had not sent off for my medical history (which I believe that they haven't) and asking what can be done as I do have regular tennis shoes in my MCDC property which would solve the trip hazard/sandal issue. I have proof of the VA medical diagnosis with me.

As I have not been allowed outside "yard time" to exercise since I arrived here on 1/10/20, I also filed grievances on 8/28, 9/7, 9/25, 10/7, 10/8 and 10/9 on that issue and I included it as item #13 in the letter dated 9/9/20 that I had sent to you. You might remember that you had me brought to your office on 9/10 concerning that letter. I am experiencing muscle atrophy, cardiovascular regression, tendon and ligament tightening, muscular-skeletal pain, joint pain, anxiety, depression, headaches, sleep disturbances and extreme weight gain due to the lack of meaningful exercise so I am writing directly to you again for relief.

Sincerely,

[signature]

Randall Morris

PS- I have asked for outside yard time many times since January but the guards have repeatedly stated that I cannot have yard time because I am on lockdown.

witness that this letter was sent to warden walker

[signature]
Aaron Mitchell, cell E16 10/12/20

10/19/20

On 10/12/20 I sent a detailed letter dated 10/12 to warden Jeffie Walker detailing my health issues, my VA disabilities, my deprivation of yard time since 1/10/20 and my need for secure footwear. I had also written that I have a VA disability letter with me just as I had also written in medical sick call #7,354,024 on 10/9 to Nurse King.

On 10/19 at about 2:00 pm I was in the MCDC "R/D" intake following a Zoom meeting with my attorney. At about 2:05 pm I observed warden Walker (this time wearing a face mask) affixing signage concerning face masks to a wall. As I walked in warden Walker observed me wearing the tennis shoes that Dr. McCain had authorized on 10/15.

The following exchange occurred:

Warden Walker: "I see that you got the shoes you were asking for."

Me: "Yes mam, and I am very thankful for them."

Warden Walker: "Well, I know that when I spoke with Nurse King about it he said that he would try to get them for you."

Me: "Nurse King did not help me to get these shoes. He tried to sabotage my efforts with the doctor by stating, "He doesn't need shoes" after he had prevented me from bringing medical evidence to my doctor's appointment."

Warden Walker: "Well, it is true that everyone wants to have shoes."

And that was the end of this discussion.

The above exchange confirms that warden Walker received my 10/12 letter, understood my health issues and disabilities, was informed that I have a VA medical confirmation letter and that she had subsequently spoken to Nurse King about my letter.

I have a copy of that 10/12 letter to warden Walker in my files with me and one copy was sent to the ACLU.

10/20/20

Because of Nurse King's false allegation I have been locked down in Max A4 since Friday, 10/16. Besides being housed with a violent inmate who was locked down because of a violent disciplinary, the cell was hot and humid to the point that my legal papers, writing pads and clothes became damp and my envelopes began to seal shut rendering them unusable. Max A also houses Covid Inmates!

On 10/20 my cellmate began to become violent so I pleaded to be taken back to Max E pod. At around 6:00 pm I was taken to Max E pod and put into ME12 - a cell with no lights. As the cells have no windows this cell is pitch black dark. I cannot read or write in that darkness and I have evidence that MCDC knows that the lights are inoperable in this cell. (see #7,344,396 (10/7), 7,364,310 (10/10) + 7,348,498)

I have filed the following request and grievance over this inhumanity.

Request Ref #7,427,767 10/20/20 To: 3rd shift Sgt

"I have been put into a pitch black cell with no lights for "pc" 23/1. I cannot read my legal papers nor write in that darkness. Please put me in a cell that is at least minimaly humane."

---

Grievance Ref #7,427,758 10/20/20

"I have been put into a dark cell. A false allegation had me wrongfully taken from Max E16 "pc" to Max A04 on 10/16. The cell was hot and humid to the point that my legal papers became damp and the ink began to fade. The inmate on disciplinary in my cell became violent so I pleaded to be taken back to Max E ~~pod~~ ~~pod~~ @ around 6:00 pm tonight I was taken back to Max E and put into ME12 - a pitch black dark cell with no lights. I cannot write or read nor see my hand in front of my face in that cell."

(I wrote the update above during my 1 hour out for the day where I had the light in the dayroom for 1 hour.)

In response to my Request Ref #7,427,772 and 7,427,884 dated 10/20/20 regarding no lights in Max E12:

→ Response by Sgt. J. Guthrie on 10/21/20
"I will advise maintenance."

Request Ref # 7,431,356 10/21/20

"Sgt. Guthrie - thank you but my concern is the duration I will spend without light. The last inmate, Randall Lane, was in cell Max E12 for 16 days (9/30-10/15)! The response to his grievance was that a work order had been put in for it and for him to be patient. Please ask the Capt. to move me to a lighted cell. I cannot see my hand in front of my face or the toilet to urinate in that cell. And I certainly cannot read or write my legal papers in there."

(10/21
2 hours after filing the above request I was taken to Capt Adams office to formally defend myself against Nurse King's false accusation in front of a disciplinary hearing.) I prevailed in that hearing and my federal public defender has confirmed that the U.S. marshal's office contacted MCDC to inquire about this situation within an hour after that disciplinary hearing.

# Witness Statement

I, Aaron Mitchell, understanding Both the definition and Potential Punishment of PerJury will swear under oath that the following is true: Randall Morris has been my cellmate at MCDC since March, 2020, and at No time have I ever witnessed him to be disrespectful of anyone or to ever be discilplined for breaking any rules. On 10/15/20 at around lunch time C.O. Crane tookmorris from our cell (ME16) to the infirmery for a Doctor Visit. Shortly thereafter morris was brought Back to our Cell and ordered to leave Some Medical Documents that morris was carrying in our Cell before he was taken Back to the infirmary.

Within about an hour Morris's was brought back to our Cell whereupon he informed me that he had Just Been verbally assaulted by Nurse King and that Nurse King had ordered morris "written up" and moved from Max E Pod. To our suprise nothing further happened on 10/15 and morris was not moved. On 10/16 at around 7:00 AM Nurse King came to our Cell (ME16) to give me my morning medications. once finished Nurse King looked past me and saw Morris in our cell reading on his Bunk. A Couple hours later C.O. Crane come to our cell and instructed Morris to "Pack your stuff" and informing morris that he was being moved out of "PC" to the dreaded Max A Pod for disciplinary lockdown despite the fact that the single man cell directly beside our cell (ME15) was vacant in max E Pod.

For a couple of Days following Morris' removal from max Pod Various guards asked me "What Did Morris Do to Be removed" when checking on my cell and they expressed surprise and even shocked to learn that Morris had Been disciplined for "disrespect". In fact, one guard - C.O. Lawery - exclaimed that Nurse King "has issues and that makes sense" when I informed him of what had happened to Morris in the infirmary and the disciplinary write up ordered by Nurse King. C.O. Lawery made this comment as an "excited utterance" or "present sense impression"

Aaron Mitchell

Aaron Mitchell

From: Randall Morris
Miller County Detention Center
2300 East St.
Texarkana, AR 71854

Copy Sent to ACLU per USPS on 10/26/20

Dear Ms. Sklar, (ACLU Little Rock)

On 10/21 @ 3:00 pm I was taken to Capt. Adams' office for the disciplinary hearing. Capt. Adams, Sgt. Henderson and C.O. Crane were present and I was permitted to read through the 17 pages of statement in my defense against Nurse King's false accusation against me.

When I was finished, Capt. Adams asked me a few questions, said that he will "take a couple days to think over everything", indicated that he might speak with the Warden about it and declined to make a copy of my statement but said that I should "keep it handy" in case he might want to "copy or review" any of it again. He admitted that there is video/audio surveillance in the infirmary but at no time did he mention or show any video to contradict my statement. To me it seemed that the matter was being subtley dropped without saying that it is dropped to avoid implications.

As such, I took the opportunity to describe the inhumanely dark cell (ME12) that I was placed into and I vocalized my urgent need for outside yard time. @ around 4:00 pm I was taken to the "yard" for my first hour outside in 10 months while the building maintenance "changed the light bulbs" in my cell. I actually cried when I smelled the awesome smells that hit me as soon as I went outside and stood in the magnificent October sunshine in the jail yard and with my newly authorized tennis shoes I was finally able to meaningfully exercise. However, that exercise made apparent just how far my health has deteriorated.

And now I have light in my cell but I wonder why inmate Randall Lane had to spend from 9/30 until 10/15 in this cell in total darkness when it was only a matter of changing the light bulbs. And MCDC knew this as per their responses to Lane's grievances (which I have).

Lastly, the only reason that today turned out to be a good day for me is because my statement of events was right and because of the potential threat and liability that my presentation evoked!

Sincerely,

[signature]

Randall Morris

PS - My defense attorney, Matthew Hill, told me on 10/21 that he would report all of the abuses to the US Marshal's Office so it will also be documented with them.

# Discrimenation and Deliberate Hinderance to Mental Health

To understand how Nurse Steven King purposefully hindered my access to mental health it is important to know that all medical requests and sick calls must be submitted on the kiosk by noon each day. The request/sick call function automatically shuts down at 12:01 pm each day.

As Max E Pod (where I am housed) is a lock down pod each of the six cells are let out for 1 hour each day. As the guards alterate when each cell gets that 1 hour out each day and half of the cells get out in the day time and the other half get out in the evening/night time the typical result is that my cell gets 1 hour out to shower and use the kiosk before noon about 25% of the time each week. So, the possibility to use the kiosk to submit medical/mental health sick calls is difficult and limited. we are told that we can ask the guards for a "paper" sick call but these requests are typically forgotten or ignored by the guards even after repeated verbal requests as happened on 10/30 with C.O. Aman. The mental health nurse comes every Saturday for up to 8 hours so if I am finally able to send a kiosk mental health request to Nurse King on a Thursday morning (as happened on 10/29/20) and Nurse King frivolously rejects my request to be seen by the mental nurse (as he did on 10/29) I won't see that rejection until the following evening (10/30) which is too late to submit another medical request resulting in my not being added to the mental health list to be seen on Sat. 10/31, and resulting in my having to wait a whole week to see mental health on the next Saturday provided that Nurse King adds me to that list without frivolously rejecting and closing my request ~~for that week~~.

The next few pages will clearly demonstrate that Nurse Steven King has practiced a custom of bias, discriminatory, malicious abuse of power and deliberate indifference to my mental health needs/requests by employing a frivolous double standard in order to hinder or block my access to the mental health provider as retaliation for grievances that I have previously and recently filed against him.

To see this clearly I have listed my requests to see the mental health provider as well as the exact same requests that have been submitted by inmate Aaron Mitchell on the following pages as well as the responses from the nurses to those requests. When reading through them you will quickly determine the following facts:

1.) Nurse Lori Redfearn and Nurse Chelsey Foster have always added both Aaron Mitchell and I to the list to see the mental health provider whenever we have requested and without hinderance until 10/31 when Redfearn began to impose the frivolous double standard to my mental health requests started by King.

2.) Nurse Steven King has added inmate Aaron Mitchell to the list to see the mental health provider whenever Aaron Mitchell has requested and without hinderance.

3.) Nurse Steven King has purposefully required more specific reasons to my requests to see the mental health provider and he "closes" my original requests forcing me to have to resubmit my request on the next available day that I am lucky to be out of my cell to use the kiosk before the noon cutoff for medical submissions which frequently results in my not getting on the mental health list for that week which causes me to have to wait another week to try and get onto the list for that week. As per the grievances on the following pages, Nurse King is fully aware of the hardship that this causes me yet he does it anyway and on purpose.

10/30/20

MCDC Kiosk Medical Request Release Authorization

If it is legally possible I, Aaron Mitchell, authorize the release of the following specific MCDC kiosk medical requests to Randall Morris for his use in federal court to show medical bias ~~towards~~ against him in comparison to me:

| Medical Request Ref #s | Date |
|---|---|
| 7,010,879 | 8/14/20 |
| 4,581,415 | 6/25/19 |
| 4,496,741 | 6/8/19 |
| 3,820,589 | 1/7/19 |

] medical requests belonging to Aaron Mitchell

[signature] / Federal Inmate #15251-010
Aaron Mitchell 10/30/20

---

Medical Request Ref #7,010,879 8/14/20 (A Friday morning before noon!)
"I need to speak to mental health please." Request from Aaron Mitchell
Response by Nurse Chelsey 8/14/20
"Added to psych list."

---

Medical Request Ref #4,581,415 6/25/19 (A Tuesday morning before noon)
"I request to see phycology." Request from Aaron Mitchell
⊛→ Response by S. King, RN 6/25/19
"you've been placed on the list to speak with mental health nurse."

Aaron Mitchell's medical Release Authorization (continued)

Medical Request Ref # 4,496,741 6/8/19 (A Saturday morning before noon)
"i'd like to see phycology please." [Request from Aaron Mitchell]

(*) → Response by S. King, RN 6/8/19
"you've been placed on the list to speak with the mental health nurse." 4

[In contrast, the next pages will show a deliberate barrier/hinderance that I am repeatedly encountering with my access to mental health care by Head Nurse Steven King, RN, when requesting the same mental health care as Aaron Mitchell did above.]

[Furthermore, discovery will show that the mental health provider is never needed to stay for the full 8 hours on any Saturday due to the handful of inmates that schedule to see her for approx. 10 to 15 minutes each week which I have personally observed during the 3 times that I have managed to see her to date thus rendering the need to "prioritize" who gets to see her on any given Saturday a frivilous reason to reject and close my mental health requests. Especially when this "prioritization" is not applied to others and the other 2 nurses do not apply this standard to me or other inmates.]

# My Medical Requests for Mental Health + Grievances Against Nurse King

| Medical Request Ref #s | Date |
|---|---|
| 7,242,872 | 9/22/20 |
| 7,307,979 | 10/2/20 |
| 7,308,040 | 10/2/20 |
| 7,308,105 | 10/2/20 |
| 7,308,204 | 10/2/20 |
| 7,308,289 | 10/2/20 |
| 7,318,634 | 10/4/20 |
| 7,359,416 | 10/10/20 |
| 7,483,763 | 10/29/20 |

| Grievance Ref #s | |
|---|---|
| 6,980,179 | 8/8/20 |
| 6,980,220 | 8/8/20 |
| 6,990,921 | 8/10/20 |
| 6,990,886 | 8/10/20 |
| 7,016,579 | 8/15/20 |
| 7,024,870 | 8/17/20 |
| 7,039,690 | 8/19/20 |
| 7,060,286 | 8/22/20 |
| 7,060,306 | 8/22/20 |
| 7,063,189 | 8/23/20 |
| 7,445,121 | 10/23/20 |

Also, on the preceeding pages #13 and #14 (of 19 pages) of my summary of the false accusation and the resulting disciplinary due to Nurse King I transcribed the following 6 grievances against Nurse Steven King:

| | | | |
|---|---|---|---|
| 7,403,703 | 10/17 | 7,403,920 | 10/17 |
| 7,403,805 | 10/17 | 7,411,802 | 10/18 |
| 7,403,858 | 10/17 | 7,411,846 | 10/18 |

Medical Request Ref # 7,242,872 9/22/20 (A Tuesday morning before noon)

"Please add me to the list to see the mental health provider."

⊛ → Response by S. King, RN on 9/22/20

"After reading your request, we're having a hard time figuring out what your complaint is. Please resubmit stating exactly what you would like to be seen for. Mental health comes once a week and we prioritize the patients she sees. So please let us know why you need to see her. Depression? Anxiety? medications?"

---

Medical Request Ref # 7,307,979 10/2/20 (A Friday morning before noon)

"~~Medical Health~~ 1

(This request will be in several parts due to the 500 character limit imposed by this kiosk)

I've been trying to initiate a kiosk medical request to see mental health since 9/23 after Nurse King responded to my original request #7,242,872 stating that I need to provide a reason for my request so that mental health needs can be "prioritized". As Nurse King closed my original request it forced me to have to initiate a new medical request which can only be done in the mornings...."

---

Medical Request Ref # 7,308,040 10/2/20 (A Friday morning before noon)

"Mental Health 2

....until noon each day as the system cuts off the ability to file a request at that time. This was a problem because I am in E Pod and get out of my cell for only 1 hour each day and that hour alternates between day and evening every other day. To complicate this, the days that I am let out during the day only about half of those days are before noon. On 9/24 and 9/30 I was supposed to get out in the morning but a contractor was working in the pod so I was not able to get out."

Medical Request Ref # 7,308,105 10/2/20 (A Tuesday morning before noon)

"Mental Health 3

So I wrote Nurse King a physical note on 9/24 and 9/28 explaining this problem requesting to see mental health and providing reasons for my request. However, I have not heard anything as to whether I have been added to the list for this Saturday, 10/3, and I do not know why I was not added to the list to see mental health on 9/26 despite my having sent the handwritten note explaining my reasons on 9/24."

---

Medical Request Ref # 7,308,204 10/2/20 (A Tuesday morning before noon)

"Mental Health 4

I would expect that those 2 handwritten and detailed requests will have been added to my medical file and I have a witness that they were sent by a C.O. to you on 9/24 and 9/28. I urgently need to see the mental health person. I am suffering from anxiety, nervousness, depression, paranoia, PTSD, sleep disturbance and misophonia! The problems are compounding due to the fact that I have been in 23 hour a day lockdown and have had no outside yard time to exercise since 1/10/20."

---

Medical Request Ref # 7,308,289 10/2/20 (A Tuesday morning before noon)

"Mental Health 5

For 9 months I have been in a windowless 12'x7' cell with 1 hour per day out in a 35'x17' concrete windowless dayroom and it is taking a toll both mentally and physically. I have asked multiple guards on multiple days for paper medical request forms but, as with face masks, they don't bring them when asked. As such, you really need to consider doing away with the morning only kiosk medical request policy and to leave requests "open" so that one may respond to your kiosk responses."

[See next page for Nurse King's response to the above 5 part message]

(*) → Response from S. King, RN (to #7,308,289) 10/2/20

"You're in protective custody at your request due to your charges, Mr. Harris. It is not medical's fault you are in the position in life you are in. If you do not want to be on protective custody you can request a move from admin at any time...

Also, we will not be adjusting our policy concerning kiosk times to suit one inmate. You are the only inmate who seems to have a problem correctly requesting medical services. However, considering you just submitted 5 messages it seems you have this kiosk thing figured out."

---

Medical Request Ref # 7,318,634 10/4/20 (A Sunday morning before noon)

"As per mental health Nurse Maria McKnight I am requesting to be added to the list to see her again on Sat. 10/10 for a follow-up that she suggested regarding everything that I had included in my handwritten note to you on 9/24, i.e., misophonia, anxiety, depression, etc. Regarding your response to #7,308,289 my request on 1/10/20 to be put on protective custody had nothing to do with any charges. It was a neccessity because of my PTSD and misophonia which I had noted on all intake forms."

---

Medical Request Ref #7,359,416 10/10/20 (A Saturday morning before noon)

"As per mental health Nurse McKnight I am requesting to be put onto the list for follow-up on 10/17."

Response by Nurse Lori Redfearn on 10/10/20

"Added to list."

Medical Request Ref # 7,483,763 10/29/20 (A Thursday morning before noon)

"Requesting mental health nurse for follow up."

(*) → Response by S. King, RN 10/29/20

"The mental health nurse is only here once a week for 8 hours and therefore prioritizes her patient list. Please respond on why you need to see mental health nurse. Depression? Anxiety? medication adjustment? Just to talk? Etc. She will then place you on her list in order of severity."

[As I was out of my cell for only 1 hour on that Thursday morning and the next day I was not out of the cell until the evening I did not see this until Friday evening. As Nurse King had "closed" my request thus preventing me from simply responding to it Friday evening I had to initiate a new request on Saturday morning before noon cutoff hoping to still get on the list to see the mental health nurse on Saturday, 10/31. That last minute request is below but it was too late to see mental health on 10/31.]

Medical Request Ref # 7,497,340 10/31/20 (A Saturday morning before noon)

"Kindly requesting to see mental health nurse for follow up."

(*) → Response by Nurse Lori Redfearn 10/31/20

"what symptoms are you having."

[This is the first time that she has required this from me and it is exactly as Nurse King has been requiring of me since September.]

Medical Request Ref # 7,497,565 10/31/20 (A Saturday morning before noon)

"Kindly requesting to see mental health regarding the same problems that I have seen her about the last 3 times that I have seen her, i.e., anxiety, depression, paranoia, misophonia, trauma, etc."

Response by Nurse Lori Redfearn 10/31/20

"Added to mental health list for next week (11/7)."

Due to these intentional retaliatory delays to see mental health and at the very real risk of further retaliation I filed the following grievance against ~~Nurse~~ Steven King:

> Grievance Ref # 7,548,841 11/8/20
>
> "To Warden Walker and Capt. Adams - Due to an intentional double standard I have been frivolously hindered/blocked from mental health access on Sat, 9/26, and Sat. 10/31, as per #7,242,872 (9/22), 7,307,979 (10/2), 7,308,040 (10/2), 7,308,105 (10/2), 7,308,204 (10/2), 7,308,289 (10/2), and 7,483,763 (10/29). This double standard is not required of other inmates as can be seen in other inmate requests to see mental health (#7,010,879, 4,581,415 and 4,496,741). This is retaliation from King and it needs to stop."

The retaliatory double standard that Nurse King is intentionally applying to my mental health requests has hindered me so far from seeing the mental health provider on 9/26/20 and 10/31/20. Each time has cost me an extra week to finally see mental health while others are scheduled without question or hinderance.

// My previous grievances against Nurse King beginning on the next page are the reasons that Nurse King is weaponizing my access to mental and medical care. //

Grievance Ref # 6,980,179 8/8/20

"Nurse King 1
(This grievance will be in 2 parts due to the 500 character limit imposed by this kiosk)
Head Nurse Steven King, Southern Health Partners, Inc., distributes medications to all pods (including covid pods) every weekday morning and he has done this with bare hands (no gloves) ever since I began to document this on Memorial Day weekend (May). Nurse King has been out sick because of Covid-19 since 8/3 and I am very concerned because MCDC has failed to test inmates for Covid-19...."

---

Grievance Ref # 6,980,220 8/8/20

"Nurse King 2
.... In the wake of his infection. Some of the most recent dates/times that Nurse King interacted with my cellmate just prior to King's infection result are: 7/31 @ 7:07am, 7/30 @ 6:49am, 7/29 @ 6:51am, 7/28 @ 6:43am and 7/27 @ 6:53am. Furthermore, the other 2 nurses continue to distribute pills to all pods every day without gloves in Nurse King's absence and the guards continue to do this and also to not wear face masks. When is MCDC going to take this seriously and test?"

---

Grievance Ref # 6,990,921 8/10/20

"I have documented daily examples of the following indifference to PPE going all the way back to Memorial Day weekend and this is the most recent example. Today @ 6:10 pm C.O. Whiteside distributed meal trays without a face mask and without gloves. He then came into our cell without a face mask @ 6:30 pm to collect trays. Nurse Chelsey Foster dispensed pills to my cell mate @ 6:18 pm without gloves.
All 3 nurses do this 2x daily and the guards wear no PPE multiple times per day as well!"

Grievance Ref #6,990,886 8/10/20

"On 7/1 @ 7:00 pm the video in E Pod will show Nurse Chelsey Foster administer Covid-19 tests to all inmates without gloves. After she did this in A, B, C and D pods (including to 80 unknown infected inmates) with her bare hands, without hand sanitizer and without washing her hands, she opened the swab packages, handed them to the inmates with her bare hands and instructed them to insert those swabs into their nostrils. Typhoid Mary comes to mind as I recount this reckless indifference. All 3 nurses never wear gloves and they know better."

(*) → Response by S. King, RN on 8/17/20

"you tested negative, correct? Good news then!"

---

Grievance Ref #7,016,579 8/15/20

"It has now been 2 weeks since Nurse Steven King tested positive for Covid-19 and yet MCDC has not tested inmates despite that Nurse King dispensed pills in all pods (including covid pods) without gloves since Memorial Day weekend and directly up to and perhaps during his infection. His last day dispensing pills with his bare hands was Friday 7/31 to my cellmate. On Monday, 8/3, Nurse King was out on sick leave. When is MCDC going to show that it takes this disease seriously and finally test?"

---

Grievance Ref # 7,024,870 8/17/20

"To: Nurse Steven King - regarding your seemingly indifferent response to my serious grievance #6,990,886 are you somehow and incredulously implying that I should feel grateful?"

(*) → Response by S. King, RN on 8/19/20

"I'm sorry that you're under the impression that the grievance procedure is here for an argument or that I have to explain my thoughts to you just because you submit a grievance. Let me assure you that it is not ~~the~~ case. Have a great day, Mr. Morris."

Grievance Ref # 7,039,690 8/19/20

"To: Nurse Steven King - Regarding your response to my grievance #6,990,886 I would like you to consider how that response would sound if it were to be read aloud to a jury in the event of my death or if harm comes to me. I was simply lucky that I was not infected by Nurse Chelsey Foster when she tested everybody without gloves but how many of the 85 infections on 7/6 could be a result of that deliberate and reckless indifference/disregard to the covid-19 threat?"

(*) → Response by S. King, RN on 8/19/20

"Mr. Morris you are free (figuratively speaking of course) to file any law suit you deem necessary and read to the jury any response I write."

---

Grievance Ref # 7,060,286 8/22/20

"On 8/21 neither 3rd or 1st shifts took inmate temperatures again. On 8/21 @ 6:54 am Nurse King did not wear gloves at pill call, on 8/21 @ 4:50 pm C.O. Whiteside served meal trays with no gloves and face mask below his nose and on 8/21 @ 5:24 pm Nurse Redfearn wore no gloves at pill call."

---

Grievance Ref # 7,060,306 8/22/20

"On 8/22 3rd shift C.O. John Doe distributed face masks without wearing a face mask or gloves and no inmate temperatures were taken on 3rd shift. On 8/22 @ 7:38 am Nurse Redfearn wore no gloves at pill call. On 8/22 @ 6:22 pm Nurse Redfearn wore no gloves at pill call."

(*) → Response by S. King, RN 8/24/20

"We do not wear gloves during pill pass.

Anything else? Thank you for your help in running this place. Don't know what we'd do without you. It's most appreciated."

Grievance Ref # 7,063,189 8/23/20

"On 8/23 the 3rd shift C.O. that had falsified inmate temperatures on 7/31 did not take temps again for 3rd shift. On 8/23 Nurse Loni Redfearn dispensed pills without wearing gloves @ 7:52 am. On 8/22 @ 11:19 pm E Pod recieved the cleaning cart but with no bleach or disinfectant. Only Pinesol. The last time we had a chance to clean was on 8/17 and we were only given Pinesol then as well."

---

Grievance Ref # 7,445,121 10/23/20

"Although MCDC cannot currently quarantine, no inmate temperatures were taken by any shift on 10/19, 10/20, 10/21 or 10/22 in Max E. C.O. Burns served meal trays without a face mask or gloves on 10/17 @ 6:10 am in Max A and in Max E on 10/21 @ 6:11 am and on 10/23 @ 6:25 am. Also, on 10/23 @ 6:55 am Head Nurse Steven King distributed medications to inmates in Max E pod without a face mask and without gloves."

Elsewhere in this packet I have transcribed the following 6 grievances against Nurse King regarding his false allegation against me, his malicious interference/hinderance of my access to a doctor, his retaliation against me due to my grievences, his malicious attempt to deprive me of medical care, his malicious attempt to discriminate against my disability, his retaliation against me due to my charge and his order to have me punished and subjected to Covid-19 on 10/15/20.

7,403,703 10/17 — 7,403,920 10/17
7,403,805 10/17 — 7,411,802 10/18
7,403,858 10/17 — 7,411,846 10/18

There are many more grievances that document all 3 nurses (including Nurse King) ~~that~~ disregarding PPE on many other dates. They are too numerous to transcribe as they were filed between 8/1 and 10/23 but I do have a complete list of all grievances and I intend to request them through the Discovery process as they lay a persuasive foundation for Nurse King's violations.

FROM: Randall Morris
Miller County Detention Center
2300 East St
Texarkana, AR 71854

11/9/20

Ms. Sherry Gilbertson:

At the risk of retaliation against me I am bringing this civil action against MCDC while I am still incarcerated at MCDC because I want to attempt to get the representative and corresponding video/audio survellance referenced below preserved by my requesting this preservation within 5 weeks of the below cited incidents that contribute to the reason for this civil action. Spoliation is a very real concern. Specifically, I am requesting to have the following video/audio survellance preserved as evidence:

* MCDC Infirmary video/audio survellance on 10/15/20 of my visit to the infirmary between the times of 12:01 pm and 2:00 pm (2 hours) The video will show that I entered the infirmary 2 seperate times.
* MCDC video/audio survellance of the "Disciplinary Hearing" for Randall Morris (me) in Capt. Adams' office from 2:50 pm until 4:00 pm on 10/21/20 (1 hour and 10 minutes)
* MCDC "R/D Intake" room video/audio survellance from 10/19/20 from 1:55 pm until 2:20 pm (25 minutes) depicting a discussion between warden Jeffie walker and myself.

As I have documented numerous instances of MCDC staff and nurses deliberately disregarding PPE on a daily basis since the end of May, 2020 through the MCDC Kiosk grievance system, It would be extremely burdensome to the defendants and probably futile if I were to request all of the corresponding video of all of the instances. Therefore, I would also like to request the court to compel MCDC to preserve the Max E Pod video/audio surviellance of the acts committed by Nurse King and C.O. Burns on 10/23/20 as detailed in the grievance transcribed below.

! → When this civil action is filed all of the aforementioned video evidence should still be fresh enough for one to reasonably expect it to be "available" to preserve.

---

Grievance Ref# 7,445,121 10/23/20

"Although MCDC cannot currently quarantine, no inmate temperatures were taken by any shift on 10/19, 10/20, 10/21 or 10/22 in Max E. C.O. Burns served meal trays without a face mask or gloves on 10:17 @ 6:10 am in Max A and in Max E on 10/21 @ 6:11 am and on 10/23 @ 6:25 am. Also, on 10/23 @ 6:55 am Head Nurse Steven King distributed medications to inmates in Max E pod without a face mask and without gloves."

---

To be clear – the 2 video/audio surviellance clips cited in the grievance above that are needing preservation are:

* In Max E Pod on 10/23/20 @ around 6:25 am C.O. Burns serves meal trays to all cells without wearing a face mask or gloves. (10 min. video)

* In Max E Pod on 10/23/20 @ around 6:55 am Head Nurse Steven King distributes medications without wearing a face mask or gloves. (5 min video)

Also, as my handwritten packet to the court is voluminous I am sending to the court my only copy and requesting that this entire packet be copied with 1 copy (or 2 if possible to send a copy to ACLU) sent back to me. I agree to the published copy charge of 50¢ per page. Again, I would like 2 copies sent to me if possible.

I would also like to ask that you "conform"/stamp the copies that you send back.

Also, I kindly request any civil procedure rules or local court rules publications that might be available.

I am prepared to swear to everything that I have written within all 82 pages of this complaint.
However, I will not need to swear quite so hard if the above referenced video/audio surveillance clips can be preserved as they are crucial to my case.

Sincerely,

Randall Morris

PS- I would also like to request any "fill in the blank" court forms if that is available to request, ie. motions, etc.

If the US Supreme Court can preemptively order a state to segregate and preserve mail-in voter ballots pending a civil suit surely a federal district court could order the preservation of video surveillance at a county jail pending a civil suit especially when the suit is in the public interest as mine is.

Randall Morris
Miller County Detention Center
2300 East St.
Texarkana, AR 71854




C5

Received WD/AR
NOV 17 2020
U.S. Clerk's Office

Pro Se Law Clerk
35 East Mountain St., Ste 510
Fayetteville, AR 72701

Attn. Ms Sherry Gilbertson

Legal Mail