IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                           PLAINTIFF

v.                                       Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE
WALKER; CORPORAL GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE
RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                                    DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Add Miller County Detention Center Medical Director as a Defendant.  (ECF No. 36).  The Court has determined no response is necessary from any Defendant to rule on the motion.

In response to the Court's order, Plaintiff filed a Second Amended Complaint on February 24, 2021 asserting fifteen (15) claims against eight individuals.  (ECF No. 21).  In the instant motion, Plaintiff seeks to add the "Miller County Detention Center Medical Director as Defendant #9 to my complaint (@2300 East St., Texarkana AR 71854) and specifically to Claim #8, Claim #12, claim #16 and Claim #17."  (ECF No. 36).

Plaintiff's motion must be denied because he has not described how the Miller County Detention Center Medical Director was involved in allegedly violating his rights under Claims 8, 12, 16 and 17 of the Second Amended Complaint.  In addition, it is confusing to simply refer to four claims in his Second Amended Complaint and "add on" another Defendant.

If Plaintiff desires to supplement his Second Amended Complaint and add the Miller County Detention Center Medical Director as a Defendant, he must submit a proposed supplement or amendment which contains short, plain statements telling the Court:  the constitutional right

1

Plaintiff believes was violated; the name of the Defendant who violated the right; exactly what the Defendant did or failed to do; how the action or inaction of that Defendant is connected to the violation of the constitutional rights; and what specific injury Plaintiff suffered because of the misconduct of that Defendant.  Fed.R.Civ.P.8.  Plaintiff is CAUTIONED that he must affirmatively link the conduct of the named Defendant with the specific injury he suffered.  If he fails to do so, the allegations against that Defendant will be dismissed for failure to state a claim.

Accordingly, Plaintiff's Motion to Add Miller County Detention Center Medical Director as a Defendant (ECF No. 36) is **DENIED**.

**Plaintiff is warned if he continues to file frivolous motions the Court will require him to obtain permission of the Court before filing any additional pleadings.**[1]

**IT IS SO ORDERED** this 17th day of March, 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff previously filed a Motion to Supplement his Second Amended Complaint on March 8, 2021 seeking to add three new Defendants by simply referring to claims in the Second Amended Complaint.  (ECF No. 33).  The Court denied this motion on the same grounds as the instant motion.  (ECF No. 34).