IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                          PLAINTIFF

v.                                     Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE
WALKER; CORPORAL GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE
RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                     DEFENDANTS

## ORDER

Before the Court is what Plaintiff titles as a "Motion for Entry of Prospective Relief". (ECF No. 35). Defendants Adams, Walker, Runion, Henderson and "Sgt John Doe" have filed a Response in opposition to the motion. (ECF No. 40).

Plaintiff filed his original Complaint on November 18, 2020. (ECF No. 1). In response to the Court's order, Plaintiff filed an amended Complaint on December 17, 2020. (ECF No. 9). In response to a second order of the Court Plaintiff filed a Second Amended Complaint on February 24, 2021 asserting seventeen (17) claims against eight individuals. (ECF No. 21).

Although Plaintiff titled the instant motion as one for "Prospective Relief", Plaintiff seeks to add an additional claim to this lawsuit arising from an incident which occurred on March 11, 2021, where he alleges Defendant Walker took and retained documents from him "under duress and without my willful consent." (ECF No. 35, p. 1). This claim is not part of the instant lawsuit and therefore Plaintiff's motion must be denied.

Accordingly, Plaintiff's Motion for Entry of Prospective Relief (ECF No. 35) is **DENIED**.

**Plaintiff is warned if he continues to file frivolous motions the Court will require him to obtain permission of the Court before filing any additional pleadings.**

1

**IT IS SO ORDERED** this 23th day of March, 2021.

*/s/ Barry A. Bryant*

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE