IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                              PLAINTIFF

v.                                               Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE
WALKER; CORPORAL GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE
RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Add Defendant. (ECF No. 45).  The Court has determined no response is necessary from Defendants to rule the on instant motion and therefore the issue is ripe for consideration.  In his Motion Plaintiff seeks to add the Miller County Detention Center Medical Supervisor as a Defendant.  However, Plaintiff failed to sign the pleading.  The Federal Rules of Civil Procedure require pleadings to be signed by a party or the attorney representing that party.  Pursuant to Rule 11 the court must strike an unsigned paper unless the omission is promptly corrected after being called to the attention of an attorney or party.

The Clerk is **DIRECTED** to return a copy of the Motion to Add Defendant to Plaintiff for Plaintiff's signature.  Plaintiff is **DIRECTED** to sign and date the motion and return it to the Court by **April 12, 2021.**  Accordingly, Plaintiff's Motion to Add Defendant (ECF No. 45) is **DENIED**.

**DATED this 29th day of March 2021**.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE