IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                           PLAINTIFF

v.                                         Civil No. 4:20-cv-04101

STEVEN KING, R.N. WARDEN JEFFIE
WALKER; CORPORAL GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE RUNION;
SGT. JOHN DOE; SERGEANT RICHARD HENDERSON;
CPL A. ELLIS; and JOHN DOE—MILLER COUNTY
DETENTION CENTER MEDICAL DIRECTOR                                         DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed March 23, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 41. Judge Bryant recommends that Separate Defendant Dr. Kevin McCann's[1] Motion to Dismiss (ECF No. 23) be denied.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 41) *in toto*. Accordingly, the Court finds that Separate Defendant McCann's Motion to Dismiss (ECF No. 23) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 19th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Separate Defendant McCann is referred to as Dr. Kevin McCain in the case caption.