IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                    PLAINTIFF

v.                                         Civil No. 4:20-cv-04101

STEVEN KING, R.N. WARDEN JEFFIE
WALKER; CORPORAL GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE RUNION;
SGT. JOHN DOE; SERGEANT RICHARD HENDERSON;
CPL A. ELLIS; and JOHN DOE—MILLER COUNTY
DETENTION CENTER MEDICAL DIRECTOR                                          DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed April 16, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 58. Judge Bryant recommends that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 44) be denied as moot, because Plaintiff has transferred from the Miller County Detention Center, the institution that is the subject of his request for injunctive relief.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 58) *in toto*. Accordingly, the Court finds that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 44) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 20th day of May, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge