IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                    PLAINTIFF

v.                             Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE
WALKER; CAPTAIN GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE
RUNION; SGT. JASON GUTHRIE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                          DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff Randall Morris pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's "Motion for Spears Hearing". (ECF No. 89).

In the motion Plaintiff "requests a Spears procedure to verbalize the Complaint contained in the Denied Motion to Supplement Plaintiff's Second Amended Complaint (ECF No. 82, No. 85 and No. 87)". *Id.*

Plaintiff's Motion for Spears Hearing (ECF No. 89) is **DENIED.**

**IT IS SO ORDERED this 3rd day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE