IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                    PLAINTIFF

v.                                      Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS; DR. KEVIN MCCAIN;
SHERIFF JACKIE RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                           DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena of records from the Social Security Administration. (ECF No. 93). The Court finds Plaintiff's request for records is relevant and proportional to the issues in the instant lawsuit. Accordingly, Plaintiff's Motion for Subpoena (ECF No. 93) for records from the Social Security Administration is **GRANTED.**

**The Clerk is DIRECTED to issue a subpoena to the Social Security Administration, 700 West Capitol Ave., Suite 2405, Little Rock, Arkansas 72201. The subpoena should require the production of the following: A summary of the medical disabilities to include the disability percentage rating for Randall Allen Morris (SSN last four digits 6925).** The subpoena should be served by certified mail, return receipt requested. The records shall be produced by September 6, 2021, with an affidavit from the records keeper to authenticate the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 6th day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE