IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                           PLAINTIFF

v.                                              Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS; DR. KEVIN MCCAIN;
SHERIFF JACKIE RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena of records from the Arkansas Department of Health. (ECF No. 96). The Court finds Plaintiff's request for records is relevant and proportional to the issues in the instant lawsuit. Accordingly, Plaintiff's Motion for Subpoena (ECF No. 96) for records from the Arkansas Department of Health is **GRANTED.**

**The Clerk is DIRECTED to issue a subpoena to the Arkansas Department of Health, 4815 W. Markham Street, Little Rock, Arkansas 72205. The subpoena should require the production of the following:**

- **Documents showing what Arkansas jails were required to report to the Arkansas Department of Health regarding Covid-19 infections of inmates and staff and the time frame for the jails to report that information.**

- **The list of chemicals and disinfectants required or recommended by the Arkansas Department of Health for use on communal surfaces and in mop water to control the spread of Covid-19 in Arkansas jails.**

- **Documentation showing the Arkansas Department of Health's recommended frequency of cleaning of communal and living spaces within Arkansas jails to mitigate the spread of Covid-19.**
- **Documents showing all dates that the Miller County Detention Center reported Covid-19 infections of inmates and/or staff between March 20, 2020 and June 30, 2020.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by September 6, 2021, with an affidavit from the records keeper to authenticate the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 6th day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE