IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                          PLAINTIFF

v.                                              Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS; DR. KEVIN MCCAIN;
SHERIFF JACKIE RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena of records from the Department of Veterans Affairs. (ECF No. 94). The Court finds Plaintiff's request for records is relevant and proportional to the issues in the instant lawsuit. Accordingly, Plaintiff's Motion for Subpoena (ECF No. 94) for records from the Department of Veterans Affairs is **GRANTED.**

**The Clerk is DIRECTED to issue a subpoena to the Department of Veterans Affairs, 2200 Ft. Roots Drive, North Little Rock, Arkansas 72214. The subpoena should require the production of the following:  Health records for Randall Allen Morris (SSN last four digits 6925) that confirm T-6 paraplegia, hypertension, diabetes, and all other medical conditions that qualify as elevated health risks to Covid-19.  A summary of Mr. Morris' disabilities and health issues in letter form will suffice in lieu of the medical records.** The subpoena should be served by certified mail, return receipt requested. The records shall be produced by September 6, 2021, with an affidavit from the records keeper to authenticate the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 6th day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE