IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                    PLAINTIFF

v.                                              Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE
WALKER; CAPTAIN GOLDEN ADAMS;
DR. KEVIN MCCAIN; SHERIFF JACKIE
RUNION; SGT. JASON GUTHRIE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                      DEFENDANTS

## ORDER

Before the Court is Plaintiff's "Motion to Reconsider Supplement to Plaintiff's Second Amended Complaint (ECF No. 82)". (ECF No. 90). Defendants have not filed a response and the Court finds no response is necessary to rule on the instant motion.

On July 9, 2021, the Court denied Plaintiff's request to supplement his Second Amended Complaint finding in part the proposed supplement was duplicative of an original claim and the proposed amendment was an argument as to why Plaintiff did not administratively exhaust his remedies before filing Claims 1 and 4 of his Second Amended Complaint. (ECF No. 87, p. 4). The Court finds Plaintiff has not presented any new or additional arguments in the instant motion to warrant reconsideration of the Court's previous ruling.

Accordingly, Plaintiff's Motion to Reconsider (ECF No. 90) is **DENIED.**

**IT IS SO ORDERED this 11th day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE