IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                              PLAINTIFF

v.                                            Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS; DR. KEVIN MCCAIN;
SHERIFF JACKIE RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                           DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena of records from the United States Marshals Service ("USMS") concerning the Miller County Detention Center ("MCDC"). (ECF No. 95). Plaintiff asks the Court to subpoena the following documents:

- **All documents of actions taken by the U.S. Marshals Service in response to the emailed complaint from Federal Public Defendant Attorney, Matthew Hill, on 6/17/20, 9/18/20 and 10/21/20…regarding the treatment of federal inmate Randall Morris…while at MCDC. These documents should include the results of any USMS investigations.**

- **Documentation of the specific reason that MCDC provided to the USMS for requesting Plaintiff's transfer out of MCDC on 3/24/21.**

- **Documentation of any and all adverse information, i.e., disciplinary or behavioral, etc., provided to the USMS by MCDC regarding Randall Morris. This request includes any emails from MCDC to the USMS.**

- **Any logs, memos, notations or other documents reflecting a telephone call from Warden Jeffie Walker between 3/11/21 and 3/15/21 to the USMS pertaining to the Warden's seizure of Plaintiff's legal documents and what the Warden had stated that she would do or did with them.**

The Court finds Plaintiff's first request regarding documentation of any actions taken by the USMS in response to a complaint from Plaintiff's public defender related to Plaintiff's treatment during his incarceration in the MCDC is relevant and proportional to Plaintiff's claims.

However, the Court finds the remaining requests seek information, if it exists, which should be in the possession of the MCDC.[1]  Accordingly, Plaintiff's Motion for Subpoena (ECF No. 95) is **GRANTED in part and DENIED in part.**

Plaintiff's requests for a subpoena from the USMS for information relating to the MCDC's reason(s) for requesting Plaintiff's transfer from the MCDC, documentation including emails from the MCDC to the USMS regarding disciplinary or behavioral issues concerning Plaintiff, and documents relating to a phone call from Defendant Walker to the USMS and what was said are **DENIED.**

Plaintiff's request for a subpoena from the USMS for documentation from the USMS regarding any response or investigations by the USMS concerning the emailed complaints from Plaintiff's public defender is **GRANTED.**

**The Clerk is DIRECTED to issue a subpoena to the USMS, 30 South 6th Street, Room 243, Isaac C. Parker Federal Building, Fort Smith, Arkansas 72901.  The subpoena should require the production of the following:**

> **All documents of actions taken by the USMS in response to the emailed complaints from Federal Public Defense Attorney, Matthew Hill, on 6/17/20, 9/18/20 and 10/21/20 regarding the treatment of Plaintiff while incarcerated at the MCDC.  These documents should include the results of any USMS investigations.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by September 30, 2021, with an affidavit from the records keeper to authenticate the

---

[1] Plaintiff has stated to the Court that he has requested this information from the Defendants but has been told the records are equally available to Plaintiff or the requests are overly burdensome and not proportional.  Without ruling on the merits of Plaintiff's requests at his time, Plaintiff is free to seek assistance from the Court by filing a motion to compel production from Defendants of the information requested.

records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 11th day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE