IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                              PLAINTIFF

v.                                         Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS; DR. KEVIN MCCAIN;
SHERIFF JACKIE RUNION; SGT. JOHN DOE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                                        DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Subpoena of records from the Arkansas Jail Standards. (ECF No. 97). Plaintiff asks the Court to subpoena the following documents:

1. Documents regarding standards governing inmate exercise and exercise spaces, i.e. inside, outside, to include frequency and duration.
2. Documentation detailing the standards governing emergency "panic" or "duress" button or intercoms within lockdown cells, i.e. 23/1 protective custody, administrative segregations and isolation cells.
3. Documents regarding the standards governing the frequency that sanitation is to be provided to inmates for the cleaning of inmate living and communal spaces to include any Covid-19 sanitation contingency protocols.
4. The results of all inspections of the Miller County Detention Center from January 1, 2018 through March 24, 2021.
5. All complaints that have been received by the Arkansas Jail Standards concerning the facility, conditions, and/or management of the Miller County Detention Center since January 1, 2016.

The Court finds Plaintiff's first three requests for documentation regarding inmate exercise, jail panic buttons or intercoms within all cells, and cleaning standards for the jail including but not limited to Covid-19 protocols are relevant and proportional to Plaintiff's claims. However, the remaining two requests regarding results of inspections of the MCDC from January 1, 2018, through March 24, 2021, and complaints about the MCDC's conditions and management since January 1, 2016, is too broad, overly burdensome, and not proportional to the issues in

this case. The Court will limit the last two requests for results of inspections and complaints to the time period beginning January 1, 2020 through March 24, 2021.

Accordingly, Plaintiff's Motion for Subpoena of records from the Arkansas Jail Standards (ECF No. 97) is **GRANTED in part and DENIED in part.**

**The Clerk is DIRECTED to issue a subpoena to the Arkansas Jail Standards, 1515 West 7th Street, Suite 510, Little Rock, Arkansas 72201. The subpoena should require the production of the following:**

1. **Documents regarding standards governing inmate exercise and exercise spaces, i.e. inside, outside, to include frequency and duration.**
2. **Documentation detailing the standards governing emergency "panic" or "duress" button or intercoms within lockdown cells, i.e. 23/1 protective custody, administrative segregations and isolation cells.**
3. **Documents regarding the standards governing the frequency that sanitation is to be provided to inmates for the cleaning of inmate living and communal spaces to include any Covid-19 sanitation contingency protocols.**
4. **The results of all inspections of the Miller County Detention Center from January 1, 2020, through March 24, 2021.**
5. **All complaints that have been received by the Arkansas Jail Standards concerning the facility, conditions, and/or management of the Miller County Detention Center since January 1, 2020, through March 24, 2021.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by September 6, 2021, with an affidavit from the records keeper to authenticate

the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 20th day of August 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE