IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                          PLAINTIFF

v.                              Civil No. 4:20-cv-04101

NURSE STEVE KING; WARDEN
JEFFIE WALKER; CAPTAIN GOLDEN
ADAMS; DR. KEVIN MCCAIN; SHERIFF
JACKIE RUNION; SERGEANT JASON
GUTHRIE; SERGEANT RICHARD
HENDERSON; and CORPORAL A. ELLIS                                                            DEFENDANTS

## ORDER

On September 27, 2021, the Court entered a stay of discovery and ordered that no further pleadings be filed until a status conference could be held. (ECF No. 127). The matter came before the Court for a Zoom Video Status Conference Hearing on October 21, 2021. (ECF No. 133). Based on the reasons stated during the hearing, the Court finds as follows:

1. In accordance with the provisions of the Initial Scheduling Order (ECF No. 84) the deadline to file motions to amend pleadings or join other parties was September 21, 2021. No further such motions will be filed by the parties.

2. Defendants will respond to all outstanding discovery requests by **October 28, 2021.**

3. No further written discovery will be propounded by any party.

4. No further subpoenas will be issued to third parties for the production of documents. No additions to, or clarifications of, subpoenas already issued to third parties will be made. Plaintiff orally withdrew his Motion for issuance of a subpoena to the Arkansas Criminal Detention Facilities Board (ECF No. 122) and that motion is **DENIED** as moot.

5. The parties are directed to confer on any outstanding discovery disputes and resolve any issues that can be resolved. If there remain disputes that cannot be

resolved, the parties shall file **any Motion to Compel**, on or before **November 15, 2021.** If any party withholds, modifies, or fabricates information disclosed during the discovery process, the Court will consider imposing monetary or other sanctions including but not limited to striking pleadings.

6. The deadline for filing dispositive motions is **extended until December 31, 2021.**

7. Defendants shall provide Plaintiff a copy of his deposition within **seven days.** Plaintiff will have until **November 10, 2021, to provide a list of any errors in the deposition.** If Defendants desire to do so, they may re-depose the Plaintiff regarding any substantive issues raised by the errata sheet.

**IT IS SO ORDERED** this **22nd day of October 2021**.

/s/ *Barry A. Bryant*

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE