IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RANDALL MORRIS                                                                                          PLAINTIFF

v.                                          Civil No. 4:20-cv-04101

STEVEN KING, R.N.; WARDEN JEFFIE WALKER;
CORPORAL GOLDEN ADAMS; DR. KEVIN MCCAIN;
SHERIFF JACKIE RUNION; SGT. JASON GUTHRIE; SERGEANT
RICHARD HENDERSON; and CPL A. ELLIS                                            DEFENDANTS

**ORDER**

On October 21, 2021, the Court held a Zoom Status conference with all parties. The following day, the Court entered an order stating in part, "2. Defendants will respond to all outstanding discovery requests by **October 28, 2021**. 3. No further written discovery will be propounded by any party…5. The parties are directed to confer on any outstanding discovery disputes and resolve any issues that can be resolved. If there remain disputes that cannot be resolved, the parties shall file **any Motion to Compel**, on or before **November 15, 2021**…" (ECF No. 135).

The deadlines to conduct discovery and file motions to compel have passed. Accordingly, **The Clerk is DIRECTED not to accept for filing any additional motions dealing with discovery. Further, The Clerk is DIRECTED to return any such motions to the party attempting to file the motion.**

IT IS SO ORDERED this **23rd day of December 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE