10/9/2022

Randall Morris #172220
ADC - EARU
P.O. Box 970
Marianna, AR 72360-0970

Ref: <u>Morris v. King et al.</u>, 4:20-cv-4101

<u>Notice of Appeal</u>

On September 30, 2022, the district court filed <u>two orders</u> in the above referenced case adopting two Reports and Recommendations. I know this because both orders appeared on the electronic law library. However, the law library does not include ECF numbers for one to reference regarding these orders.

On October 5, 2022, I received an envelope from the U.S. District Court in Fayetteville, AR, containing one of these orders filed under <u>ECF #238</u>. As I have not received the other order from the Court I am unable to provide the ECF number of that order for the purpose of this appeal. However, I have read the contents of both orders and wish to appeal both orders to the Eighth Circuit.

Randall Morris

Randall Morris #172220
ADC - EARU
P.O. Box 970
Norfork, AR 72360-0970

U.S. District Court
Office of the Clerk
500 N. State Line Ave.
Texarkana, AR 71854-5961