# IN THE UNITED STATES DISTRIC COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**RANDALL MORRIS**                                                                                           **PLAINTIFF**

**V.**                                       No. 4:20-CV-04101

**STEVEN KING, R.N.; SHERIFF JACKIE RUNION,
WARDEN JEFFIE WALKER;
CAPTAIN GOLDEN ADAMS;
CORPORAL A. ELLIS, SGT. JASON GUTHRIE,
SGT. RICHARD HENDERSON, DR. KEVIN MCCANN**                                **DEFENDANTS**

## SEPARATE DEFENDANTS' NOTICE OF CROSS-APPEAL

COME NOW, Separate Defendants Sheriff Jackie Runion, Warden Jeffie Walker, Captain Golden Adams, Corporal A. Ellis, Sergeant Jason Guthrie, and Sergeant Richard Henderson (collectively "Separate County Defendants"), by and through their attorney, Jamie Huffman Jones of Friday Eldredge and Clark, LLP, and for their Notice of Cross-Appeal state:

Notice is hereby given that Separate County Defendants cross-appeal to the United States Court of Appeals for the Eighth Circuit from the District Court's September 30, 2022 order granting in part and denying in part Defendants' motions for summary judgment in this action, as well as all adverse rulings related to that order.[1]

---

[1] Separate County Defendants believe that Plaintiff's notice of appeal (Dkt. 244) should be dismissed because it is not an appeal of a final order. *See* 28 U.S.C. § 28 U.S.C. 1291; Fed. R. Civ. P. 54(b). Nonetheless, to the extent that Plaintiff's Notice of Appeal is deemed valid, Separate County Defendants seek cross-appeal and file this notice within 14 days of Plaintiff's notice. Fed. R. App. P. 4(a)(3).

Respectfully submitted,

Jamie Huffman Jones, #2003125
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
(501) 370-1430 - phone
(501) 244-5340 - fax
jjones@fridayfirm.com

**CERTIFICATE OF SERVICE**

    I, Jamie Huffman Jones, do hereby certify that on November 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and forwarded a copy of such of the following non-CME-EDF participants via US regular mail:

Randall Morris
Saline County Detention Center
735 S. Neely Street
Benton, AR 72105

                                                  */s/ Jamie Huffman Jones*
                                                  Jamie Huffman Jones

9546797.1